Brooke A.M. Taylor
WA Bar No. 33190
btaylor@susmangodfrey.com
Jordan Connors
WA Bar No. 41649
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883

*Attorneys for Plaintiff
Implicit L.L.C.*

*Additional Attorneys Listed Below*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT L.L.C.,<br><br>                    Plaintiff,<br><br>vs.<br><br>F5 NETWORKS, INC.,<br><br>                    Defendant. | Civil Action No. 3:14-02856-SI<br><br>**JOINT STIPULATION REQUESTING TO REMOVE JUNE 26, 2015 CASE MANAGEMENT CONFERENCE FROM CALENDAR**<br><br>**Hon. Susan Illston** |

```
ORDER CONTINUING CMC TO 7/10/15
```

WHEREAS, the parties have made progress towards resolving this matter since the parties filed their Joint Case Management Statement on June 19, 2015 (Dkt. No. 61);

WHEREAS, the parties believe it would be in the best interests of the parties and the Court to remove the June 26, 2015 Case Management Conference from the calendar;

-1-

JOINT STIPULATION REQUESTING TO REMOVE CMC FROM CALENDAR

1  WHEREAS, the parties believe that they will determine whether the case can be resolved
2  without any further Court proceedings by July 10, 2015;

3  THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, by and
4  through their respective counsel, and subject to the Court's approval, that the June 26, 2015 Case
5  Management Conference will be removed from the Court's calendar, and the parties will inform the
6  Court by July 10, 2015 whether the parties have resolved the matter, or to schedule a further Case
7  Management Conference.

Dated: June 25, 2015

Respectfully submitted,

*/s/ Jordan Connors*
Brooke A.M. Taylor
WA Bar No. 33190
btaylor@susmangodfrey.com
Jordan W. Connors
WA Bar No. 41649
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883

Stephen E. Morrissey
CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3103
Facsimile:  (310) 789-3150

Leslie V. Payne
TX Bar No. 00784736
lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833

eenger@hpcllp.com
HEIM, PAYNE & CHORUSH L.L.P.
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

**ATTORNEYS FOR PLAINTIFF IMPLICIT L.L.C.**


Respectfully submitted,

*/s/ Holly Hogan*
Michael J. Bettinger (SBN 122196)
Holly Hogan (SBN 238714)
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, California 94101-1715
Telephone: 415.772.1200
Facsimile: 415.772.7400
mbettinger@sidley.com
hhogan@sidley.com

Shane Brun (SBN 179079)
Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Telephone.: 415.733.6000
Facsimile.: 415.677.9041
sbrun@goodwinprocter.com

**ATTORNEYS FOR F5 NETWORKS, INC.**

JOINT STIPULATION REQUESTING TO REMOVE CMC FROM CALENDAR

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2015, a true and correct copy of the foregoing document was served on all parties via CM/ECF.

/s/ Jordan Connors

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
The further case management conference has been continued to 7/10/15.

DATED: ___6/26/15___  _____*Susan Illston*_____
[Hon. Susan Illston]
United States District Court Judge

JOINT STIPULATION REQUESTING TO REMOVE CMC FROM CALENDAR