Brooke A.M. Taylor
WA Bar No. 33190
btaylor@susmangodfrey.com
Jordan Connors
WA Bar No. 41649
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883

*Attorneys for Plaintiff
Implicit L.L.C.*

*Additional Attorneys Listed Below*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT L.L.C.,<br><br>    Plaintiff,<br><br>vs.<br><br>F5 NETWORKS, INC.,<br><br>    Defendant. | Civil Action No. 3:14-02856-SI<br><br>**JOINT STIPULATION REQUESTING TO REMOVE JULY 9, 2015 CASE MANAGEMENT CONFERENCE FROM CALENDAR**<br><br>**Hon. Susan Illston** |

WHEREAS, the parties have agreed to a resolution of this matter, which they are working on executing today, and plan to file dismissal papers by tomorrow;

WHEREAS, there is a further Cases Management Conference scheduled for this afternoon at 3:00 pm;

-1-

WHEREAS, in light of the resolution of this dispute, the parties believe it would be in the best interests of the parties and the Court to remove the Case Management Conference from the calendar;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, and subject to the Court's approval, that the July 9, 2015 Case Management Conference will be removed from the Court's calendar.

Dated: July 9, 2015

Respectfully submitted,

*/s/ Jordan Connors*
Brooke A.M. Taylor
WA Bar No. 33190
btaylor@susmangodfrey.com
Jordan W. Connors
WA Bar No. 41649
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Stephen E. Morrissey
CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3103
Facsimile: (310) 789-3150

Leslie V. Payne
TX Bar No. 00784736
lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833
eenger@hpcllp.com
HEIM, PAYNE & CHORUSH L.L.P.
600 Travis Street, Suite 6710

Houston, Texas 77002-2912
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

**ATTORNEYS FOR PLAINTIFF IMPLICIT L.L.C.**

Respectfully submitted,

*/s/ Holly Hogan*
Michael J. Bettinger (SBN 122196)
Holly Hogan (SBN 238714)
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, California 94101-1715
Telephone: 415.772.1200
Facsimile: 415.772.7400
mbettinger@sidley.com
hhogan@sidley.com

Shane Brun (SBN 179079)
Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Telephone.: 415.733.6000
Facsimile.: 415.677.9041
sbrun@goodwinprocter.com

**ATTORNEYS FOR F5 NETWORKS, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2015, a true and correct copy of the foregoing document was served on all parties via CM/ECF.

                                                  */s/ Jordan Connors*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.
   The Further Case Management Conference is continued to 7/31/15 at 3 p.m.
2
3  DATED: 7/9/15                    _____
                                    [Hon. Susan Illston]
4                                   United States District Court Judge

-5-

JOINT STIPULATION REQUESTING TO REMOVE CMC FROM CALENDAR