1  Brooke A.M. Taylor
2  WA Bar No. 33190
   btaylor@susmangodfrey.com
3  Jordan Connors
   WA Bar No. 41649
4  jconnors@susmangodfrey.com
5  SUSMAN GODFREY L.L.P.
   1201 Third Avenue, Suite 3800
6  Seattle, Washington 98101-3000
   Telephone: (206) 516-3880
7  Facsimile:  (206) 516-3883
8
   *Attorneys for Plaintiff*
9  *Implicit L.L.C.*
10
   *Additional Attorneys Listed Below*
11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT L.L.C.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>F5 NETWORKS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 3:14-02856-SI<br><br>**STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**Hon. Susan Illston** |

　　　Plaintiff Implicit L.L.C. ("Implicit") and Defendant F5 Networks, Inc. ("F5"), by and through their counsel of record, hereby stipulate and request that the Court order as follows:

　　1. All claims between Implicit and F5, including claims presented by Implicit and F5 counterclaims, shall be dismissed with prejudice; and

　　2. Implicit and F5 each shall bear their own costs and attorneys' fees.

-1-

Dated: July 17, 2015

Respectfully submitted,

By: */s/ Jordan Connors*
Brooke A.M. Taylor
WA Bar No. 33190
btaylor@susmangodfrey.com
Jordan W. Connors
WA Bar No. 41649
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883

Stephen E. Morrissey
CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3103
Facsimile:  (310) 789-3150

Leslie V. Payne
TX Bar No. 00784736
lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833
eenger@hpcllp.com
HEIM, PAYNE & CHORUSH L.L.P.
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

**ATTORNEYS FOR PLAINTIFF IMPLICIT L.L.C.**

DATED:  July 17, 2015            SIDLEY AUSTIN LLP


By: */s/ Holly Hogan*

|   |   |
|---|---|
| 1 | Mike Bettinger, SBN 122196 |
| 2 | mbettinger@sidley.com |
|   | Holly Hogan, SBN 238714 |
| 3 | hhogan@sidley.com |
|   | 555 California Street, Suite 2000 |
|   | San Francisco, CA 94104 |

**ATTORNEYS FOR DEFENDANT F5 NETWORKS, INC.**

DATED:  July 17, 2015          GOODWIN PROCTOR LLP


By: */s/ David Shane Brun*
   David Shane Brun, SBN 179079
   sbrun@goodwinproctor.com
   Three Embarcadero Center, 24th Floor
   San Francisco, CA 94111

**ATTORNEYS FOR DEFENDANT F5 NETWORKS, INC.**

-4-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2015, a true and correct copy of the foregoing document was served on all parties via CM/ECF.

*/s/ Jordan Connors*
Jordan Connors

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2
3  DATED: ___7/20/15_____  _____
                                     [Hon. Susan Illston]
4                                    United States District Court Judge

-5-